# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                    Chapter 13

                    Bankruptcy No. 18-14449-ELF

SHANNON M TEMPIO
DAVIS J TEMPIO
7652 GILBERT STREET

PHILADELPHIA, PA 19150

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    SHANNON M TEMPIO
    DAVIS J TEMPIO
    7652 GILBERT STREET

    PHILADELPHIA, PA 19150

Counsel for debtor(s), by electronic notice only.

    WILLIAM D. SCHROEDER JR ESQ
    920 LENMAR DR

    BLUE BELL, PA 19422-

Date: 10/18/2018

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee