**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Shannon M. Tempio** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF PENNSYLVANIA | | |
| Case number | 18-14449 | | |
| (if known) | | | |

■ Check if this is an amended filing

# Official Form 106C
# Schedule C: The Property You Claim as Exempt                                4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

## Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ■ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **7652 Gilbert Street Philadelphia, PA 19150  Philadelphia County**<br>Line from *Schedule A/B*: **1.1** | $150,013.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(1) |
| **2007 Volkswagon Passat 89000 miles**<br>Line from *Schedule A/B*: **3.2** | $1,675.00 | ■ $1,675.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(2) |
| **Couch & love seat, ottoman, desk, sofa table, coffee table, dining rm set, bedroom set, wall art, basinet, baby furniture, pottery, washer/dryer, dishwasher, refrigerator, dishware, DVDs, books, grill, patio furniture.**<br>Line from *Schedule A/B*: **6.1** | $7,435.00 | ■ $7,435.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| **(2) TVs, BlueRay player, Wii, (2) iPhones, tablet, (2) windo AC units**<br>Line from *Schedule A/B*: **7.1** | $1,130.00 | ■ $1,130.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |

| Debtor 1 | **Shannon M. Tempio** | | Case number (if known) | **18-14449** |
|---|---|---|---|---|

| **Brief description of the property and line on** *Schedule A/B* **that lists this property** | **Current value of the portion you own** <br> Copy the value from *Schedule A/B* | **Amount of the exemption you claim** <br><br> *Check only one box for each exemption.* | **Specific laws that allow exemption** |
|---|---|---|---|
| **Assorted sport memorabilia** <br> Line from *Schedule A/B*: **8.1** | $500.00 | ■ $500.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| **Free weights and bench, mountain bike, fly rod, reel and assorted flys, trumpet. camping gear** <br> Line from *Schedule A/B*: **9.1** | $1,180.00 | ■ $1,180.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **Marlin 22 Caliber semi-automatic rifle** <br> Line from *Schedule A/B*: **10.1** | $150.00 | ■ $150.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **Used men, women and childrens clothes** <br> Line from *Schedule A/B*: **11.1** | $150.00 | ■ $150.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| **Engagement ring and wedding bands, diamond chip earrings, Alexandrite necklace & earrings, diamond chip necklace w/gold chain, (2) watches, sterling silver chain w/diamond chip locket, Tiffany bracelet & necklace** <br> Line from *Schedule A/B*: **12.1** | $6,000.00 | ■ $3,200.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(4)** |
| **Engagement ring and wedding bands, diamond chip earrings, Alexandrite necklace & earrings, diamond chip necklace w/gold chain, (2) watches, sterling silver chain w/diamond chip locket, Tiffany bracelet & necklace** <br> Line from *Schedule A/B*: **12.1** | $6,000.00 | ■ $2,800.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **Cash** <br> Line from *Schedule A/B*: **16.1** | $146.00 | ■ $146.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **Checking x7777: USAA** <br> Line from *Schedule A/B*: **17.1** | $240.92 | ■ $240.92 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **Checking x6948: USAA** <br> Line from *Schedule A/B*: **17.2** | $4.14 | ■ $4.14 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **Checking x3377: Wells Fargo** <br> Line from *Schedule A/B*: **17.3** | $71.62 | ■ $71.62 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |

Debtor 1  **Shannon M. Tempio**                                                  Case number (if known)  **18-14449**

| **Brief description of the property and line on** *Schedule A/B* **that lists this property** | **Current value of the portion you own** Copy the value from *Schedule A/B* | **Amount of the exemption you claim** Check only one box for each exemption. | **Specific laws that allow exemption** |
|---|---|---|---|
| **Savings x7303: Capital One** Line from *Schedule A/B*: **17.4** | $0.64 | ■ $0.64 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **Stash - Apex Clearing Corporation** Line from *Schedule A/B*: **17.5** | $424.76 | ■ $424.76 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **Checking x7259: Wells Fargo** Line from *Schedule A/B*: **17.6** | $80.00 | ■ $80.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **401K: Ameritas Mutual Holding** Line from *Schedule A/B*: **21.1** | $13,858.98 | ■ $13,858.98 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(12)** |
| **Claim against Keaveney Law Group for recovery of money paid for mortgage modification. 2016 - 2018** Line from *Schedule A/B*: **30.1** | $17,500.00 | ■ $17,500.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |

3. **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
       ☐ No
       ☐ Yes