UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: SHANNON M TEMPIO § Case No. 18-bk-14449
      DAVIS J TEMPIO § 
       §
      Debtor(s) §

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

William C Miller, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The Trustee declares as follows:

1) The case was filed on 07/03/2018.

2) The plan was confirmed on 02/12/2019.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on NA.

4) The Trustee filed action to remedy default by the debtor(s) in performance under the plan on NA.

5) The case was converted on 09/17/2019.

6) Number of months from filing or conversion to last payment: 12.

7) Number of months case was pending: 14.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $33,048.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the Trustee relating to this case have NOT cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

| Receipts: | | |
|---|---|---|
| Total paid by or on behalf of the debtor(s) | $ 10,986.00 | |
| Less amount refunded to debtor(s) | $ 0.00 | |
| **NET RECEIPTS** | | $ 10,986.00 |

| Expenses of Administration: | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $ 0.00 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 802.85 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 802.85 |
| Attorney fees paid and disclosed by debtor(s): | $ 0.00 | |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| WILLIAM D. SCHROEDER JR ESQ | Lgl | 0.00 | NA | NA | 0.00 | 0.00 |
| CREDIT ACCEPTANCE CORP | Sec | 0.00 | 2,678.30 | 2,678.30 | 405.28 | 0.00 |
| CREDIT ACCEPTANCE CORP | Uns | 0.00 | 0.00 | 791.00 | 0.00 | 0.00 |
| CAVALRY SPV I, LLC | Uns | 0.00 | 453.85 | 453.85 | 0.00 | 0.00 |
| ECMC | Uns | 0.00 | 39,454.33 | 39,454.33 | 0.00 | 0.00 |
| EDUCAP, INC. | Uns | 0.00 | 64,250.36 | 64,250.36 | 0.00 | 0.00 |
| LVNV FUNDING | Uns | 0.00 | 1,420.94 | 1,420.94 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSO | Uns | 0.00 | 2,011.66 | 2,011.66 | 0.00 | 0.00 |
| ARROWOOD INDEMNITY | Uns | 0.00 | 9,378.07 | 9,378.07 | 0.00 | 0.00 |
| ARROWOOD INDEMNITY | Uns | 0.00 | 8,806.42 | 8,806.42 | 0.00 | 0.00 |
| ARROWOOD INDEMNITY | Uns | 0.00 | 5,468.14 | 5,468.14 | 0.00 | 0.00 |
| US BANK NATIONAL ASSOCATION | Sec | 0.00 | 185,614.59 | 53,511.41 | 9,777.87 | 0.00 |
| U.S. DEPARTMENT OF EDUCATION | Uns | 0.00 | 107,258.75 | 107,258.75 | 0.00 | 0.00 |
| CITY OF PHILA | Sec | 0.00 | 1,059.35 | 1,059.35 | 0.00 | 0.00 |
| ARROWOOD INDEMNITY CO. | Uns | 20,038.57 | 0.00 | 0.00 | 0.00 | 0.00 |
| ABINGTON EMERGENCY | Uns | 599.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| ABINGTON MEMORIAL HOSPITAL | Uns | 1,742.14 | 0.00 | 0.00 | 0.00 | 0.00 |
| ABINGTON MEMORIAL HOSPITAL | Uns | 1,131.86 | 0.00 | 0.00 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| ABINGTON PRENATAL ASSOC | Uns | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| AES/PHEAA-KEYCON | Uns | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| CAREPAYMENT | Uns | 487.46 | 0.00 | 0.00 | 0.00 | 0.00 |
| CHASE CARD SERVICES | Uns | 822.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| CITIBANK,N.A | Uns | 3,250.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| DISCOVER STUDENT LOANS | Uns | 3,083.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| ERC/ENHANCED RECOVERY CORP | Uns | 436.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| FEDLOAN SERVICING | Uns | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| FIRST PREMIER BANK | Uns | 313.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| FIRSTMARK SERVICES | Uns | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| FIRSTMARK SERVICES | Uns | 63,516.18 | 0.00 | 0.00 | 0.00 | 0.00 |
| FIRSTMARK/LOAN TO LEAR | Uns | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| HSBC BANK NEVEDA, NA | Uns | 453.85 | 0.00 | 0.00 | 0.00 | 0.00 |
| LABORATORY CORPORATION OF | Uns | 40.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PHILADELPHIA GAS WORKS | Uns | 995.90 | 0.00 | 0.00 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| RADIOLOGY GROUP ABINGTON | Uns | 88.14 | 0.00 | 0.00 | 0.00 | 0.00 |
| RMA OF PHILADELPHIA, P.C | Uns | 171.90 | 0.00 | 0.00 | 0.00 | 0.00 |
| ST. CHRISTOPHER'S PEDIATRIC | Uns | 159.18 | 0.00 | 0.00 | 0.00 | 0.00 |
| SUNRISE CREDIT SERVICES, INC | Uns | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| T-MOBILE | Uns | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| UROLOGY HEALTH SPECIALISTS, | Uns | 169.13 | 0.00 | 0.00 | 0.00 | 0.00 |
| USAA FEDERAL SAVINGS BANK | Uns | 4,872.00 | 0.00 | 0.00 | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 53,511.41 | $ 9,777.87 | $ 0.00 |
| Debt Secured by Vehicle | $ 2,678.30 | $ 405.28 | $ 0.00 |
| All Other Secured | $ 1,059.35 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 57,249.06 | $ 10,183.15 | $ 0.00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 239,293.52 | $ 0.00 | $ 0.00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $ 802.85 |
| Disbursements to Creditors | $ 10,183.15 |
| **TOTAL DISBURSEMENTS:** | $ 10,986.00 |

     12)  The Trustee certifies that the foregoing summary is true and complete and all administrative matters for which the Trustee is responsible have been completed.  The Trustee requests that the Trustee be discharged and granted such other relief as may be just and proper.

Date:  09/30/2019           By:  William C. Miller
                                                         Chapter 13 Standing Trustee

**STATEMENT:**   This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.