# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: David J. Tempio<br>Shannon M. Tempio aka Shannon Tempio fka Shannon M. Sibley<br>Debtor(s) | CHAPTER 7 |
| U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY)<br>Movant<br>vs.<br>David J. Tempio<br>Shannon M. Tempio aka Shannon Tempio fka Shannon M. Sibley<br>Debtor(s)<br>Terry P. Dershaw<br>Trustee | NO. 18-14449 ELF<br><br>11 U.S.C. Section 362 |

## ORDER

AND NOW, this 6th day of November, 2019 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

**ORDERED** THAT: the Motion for Relief from the Automatic Stay is **GRANTED** and the automatic stay under 11 U.S.C. Section 362 is **MODIFIED** with respect to the subject premises located at 7652 Gilbert Street, Philadelphia, PA 19150 ("Property), so as to allow Movant, its successors or assignees, to proceed with its *in rem* rights and remedies under the terms of the subject Mortgage and pursue its *in rem* State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**